**FAEGRE DRINKER BIDDLE & REATH LLP**
Matthew J. Fedor
Kristen N. Roshto
600 Campus Drive
Florham Park, NJ 07932
(973) 549-7000 (tel.)
(973) 360-9831 (fax)
Matthew.Fedor@faegredrinker.com
Kristen.Roshto@faegredrinker.com
*Attorneys for Defendant Six Flags Great Adventure, LLC, a wholly-owned subsidiary of Six Flags Theme Parks, Inc.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KRYSTAL FORBES, an individual; on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SIX FLAGS GREAT ADVENTURE, LLC, a wholly-owned subsidiary of SIX FLAGS THEME PARKS, INC.,<br><br>Defendant. | Civil Action No. 1:20-cv-06873-RMB-AMD<br><br>Civil Action<br><br>**APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY PURSUANT TO LOCAL RULE 6.1(b)**<br><br>(Document Filed Electronically) |

Pursuant to Local Civil Rule 6.1(b), application is hereby made for a Clerk's Order extending the time within which Defendant Six Flags Great Adventure, LLC, a wholly-owned subsidiary of Six Flags Theme Parks, Inc. ("Six Flags") may answer, move, or otherwise reply to Plaintiff's Complaint herein, and it is represented that:

1.  Plaintiff's Complaint was filed on June 4, 2020 (ECF No. 1);

2.  Service of process on Six Flags was effected on June 29, 2020 (ECF No. 3);

3. The time for Six Flags to answer, move, or otherwise reply to Plaintiff's Complaint currently expires on July 20, 2020.

4. No previous extensions have been requested or obtained by Six Flags.

Dated: July 20, 2020

By: */s/ Kristen N. Roshto*
Kristen N. Roshto
**FAEGRE DRINKER BIDDLE & REATH LLP**
600 Campus Drive
Florham Park, NJ 07932
(973) 549-7000 (tel.)
(973) 360-9831 (fax)
Kristen.Roshto@faegredrinker.com
*Attorneys for Defendant Six Flags*
*Great Adventure, LLC, a wholly-owned*
*subsidiary of Six Flags Theme Parks, Inc.*

## ORDER

The above application is ORDERED GRANTED and Defendant Six Flags's time to answer, move, or otherwise reply to the Complaint is extended to **August 3, 2020**.

ORDER DATED: _____   WILLIAM T. WALSH, Clerk

By: _____

Deputy Clerk