UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KRYSTAL FORBES, an individual; on behalf of herself and all others similarly situated, | |
| Plaintiff, | 1:20-cv-06873-RMB |
| vs. | |
| SIX FLAGS GREAT ADVENTURE, LLC, | |
| Defendant. | |

**ORDER**

AND NOW, this _____ of _____, 2021, upon review of the stipulation filed by Plaintiff Krystal Forbes and Defendant Six Flags Adventure, LLC, it is hereby ORDERED that this matter is administratively terminated to allow Plaintiff to pursue her claim as an individual action in private arbitration. Plaintiff shall file dismissal papers for this matter within ten (10) days of a final order or dismissal of the arbitration action. Finally, the hearing scheduled for April 9th, 2021, is hereby canceled.

BY THE COURT:

_____
RENÉE M. BUMB, J.